UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In Re: Syngenta AG MIR162 Corn Litigation ) ) ) ) | MDL No. 2591 |
| This document relates to: ) All Cases ) ) | Case No. 2:14-md-2591-JWL-JPO |
| *Moore v. Syngenta Corp.* ) ) | No. 2:15-cv-2187-JWL-JPO |

## ORDER GRANTING SUBSTITUTION

Dixie Moore, as executrix of the estate of Plaintiff Harold Moore, has filed an unopposed motion (ECF doc. 459) under Rule 25(a)(1) of the Federal Rules of Civil Procedure to be substituted as a plaintiff in this action in place of Harold Moore, who deceased on January 19, 2015. Sufficient cause has been demonstrated, and the motion is granted.

IT IS THEREFORE ORDERED:

1. Dixie Moore, as executrix of the estate of Harold Moore, is accordingly substituted as Plaintiff in this action in place of Harold Moore.

2. The caption of case No. 15-2187 is accordingly amended to read "*Dixie Moore, as Executrix of the Estate of Harold Moore, and Karl Otte, Jr. v. Syngenta Corp., Syngenta Corp Protection LLC, and Syngenta Seeds, Inc.*"

Dated this 10th day of June, 2015

    s/ James P. O'Hara
    JAMES P. O'HARA
    United States Magistrate Judge